AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America

v.

EDGAR VALDEMAR OROZCO-LOPEZ
aka "Edgar Orozco," "Edgar Lopez,"
"Edgar Valdemar Lopez,"
"Jose Lopez,"
"Edgar Valdemar Orozco,"
"Edgar Lopez Orozco," and
"Edgar Valdemar,"

Defendant.

Case No. 2:21-mj-05135-DUTY

FILED
CLERK, U.S. DISTRICT COURT
11/9/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: HC  DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
11/9/21
CENTRAL DISTRICT OF CALIFORNIA
BY: RO  DEPUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 19, 2021, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1), (b)(2) | Illegal Alien Found in the United States Following Deportation, With Prior Felony and Aggravated Felony Convictions |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Andres Gonzalez
Complainant's signature

Andres Gonzalez, Deportation Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: November 9, 2021

City and state: Los Angeles, California

Judge's signature

The Hon. Gail J. Standish
Printed name and title

SAUSA Nevarez (213) 894-7413

**AFFIDAVIT**

I, Andres Gonzalez, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and warrant against EDGAR VALDEMAR OROZCO-LOPEZ, also known as "Edgar Orozco," "Edgar Lopez," "Edgar Valdemar Lopez," "Jose Lopez," "Edgar Lopez Orozco," "Edgar Valdemar Orozco," and "Edgar Valdemar," ("OROZCO-LOPEZ"), charging him with violating Title 8, United States Code, Sections 1326(a), (b)(1), and (b)(2), Illegal Alien Found in the United States Following Deportation, with Prior Felony and Aggravated Felony Convictions.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant, and does not purport to set forth all of my knowledge of, or investigation into, this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF DEPORTATION OFFICER ANDRES GONZALEZ

3. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"). I have been a DO with ICE, formerly known as the Immigration and Naturalization Service

("INS"), since September 2015.  I am currently assigned to the Los Angeles Enforcement and Removal Operations ("ERO") field office.  Prior to working for ICE as a DO, I worked as an Immigration Enforcement Agent with ICE since October 2010.

### III. STATEMENT OF PROBABLE CAUSE

4. On or about August 19, 2021, the ICE Pacific Enforcement Response Center ("PERC") received an electronic notification based on biometric fingerprint information that OROZCO-LOPEZ was arrested and in the custody of the Los Angeles Sheriff Department ("LASD").  On or about that same day, a DHS Immigration Detainer was lodged with LASD.  The detainer was not honored and OROZCO-LOPEZ was subsequently released from LASD custody.

5. Based on my training and experience, I know that when an individual is fingerprinted by ICE, or the former INS, the individual is issued a Fingerprint Identification Number ("FIN").  The FIN is then automatically associated with the individual's A-Number.  In this case, OROZCO-LOPEZ's fingerprints were assigned the FIN number 1177015278 which was then linked to A-Number 206-411-077 based on prior fingerprints located in the DHS "A-File" bearing the number A206-411-077.

6. On or about October 18, 2021, I reviewed the Immigration Alien Query ("IAQ") electronic notification associated with OROZCO-LOPEZ's August 19, 2021 arrest, and saw that the FIN associated with the IAQ was FIN 1177015278.  I thus confirmed that that the individual arrested on August 19, 2021 was OROZCO-LOPEZ, a previously deported alien.

7. Based on my training and experience, I know that a DHS A-File is a file in which immigration records are maintained for aliens admitted to or found in the United States. I also know that a DHS A-File usually contains photographs, fingerprints, court records of conviction, and records relating to deportation or other actions by INS or DHS with respect to the subject for whom the DHS A-File is maintained.

8. On October 18, 2021, I obtained and reviewed DHS A-File A206-411-077, which is maintained for the subject "Edgar Valdemar Orozco-Lopez." The A-File contained the following documents and information:

    a. Once executed Warrant of Removal/Deportation (Form I-205) indicating that OROZCO-LOPEZ was officially removed or deported from the United States on or about October 18, 2019. I know from my training and experience that a Warrant of Removal/Deportation is executed each time a subject noncitizen is removed and deported from the United States by ICE (and its predecessor agency, the INS) and usually contains the subject's photograph, signature, and/or fingerprint. The executed Warrants of Removal/Deportation in OROZCO-LOPEZ's DHS A-File contains a photograph, a signature, and fingerprint.

    b. A certified conviction record showing that OROZCO-LOPEZ was convicted on or about May 23, 2016, under the name "Edgar Orozco," of Criminal Threats, in violation of California Penal Code Section 422(a), a felony, and Child Abuse, in violation of California Penal Code Section 273A(a), a felony, in the Superior Court of the State of California, County of Los

Angeles, Case Number MA065962, for which OROZCO-LOPEZ was sentenced to eight months' imprisonment for the Criminal Threats conviction and six years' imprisonment for the Child Abuse conviction, to run consecutive.

        c.    A certified conviction record showing that OROZCO-LOPEZ was convicted on or about August 15, 2016, under the name "Edgar Orozco Lopez," of Possession for Sale of a Controlled Substance, to wit Methamphetamine, in violation of California Health and Safety Code Section 11378, in the Superior Court of the State of California, County of Los Angeles, Case Number VA141801, for which OROZCO-LOPEZ was sentenced to eight months' imprisonment.  This is an aggravated felony for illicit trafficking in controlled substance as defined in Immigration and Naturalization Act Section 101(a)(43)(B).

    9.    On or about October 18, 2021, I reviewed the printouts of the Interstate Identification Index ("III").  Based on my training and experience, I know that the III database tracks and records arrests and convictions of individuals according to an individual's State Identification number or Federal Bureau of Investigation number.  The III printouts confirmed that OROZCO-LOPEZ had been convicted of the crimes reflected on the documents contained in OROZCO-LOPEZ's DHS A-File, described above.

    10.    On October 18, 2021, I reviewed the printouts of ICE computer indices on OROZCO-LOPEZ.  Based on my training and experience, I know that the ICE computer indices track and document each time a noncitizen is removed or excluded from the

United States by ICE, or deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that OROZCO-LOPEZ had been removed and deported on the date indicated on the Warrant of Removal/Deportation found in OROZCO-LOPEZ's DHS A-File and described above. The ICE computer indices further indicated that OROZCO-LOPEZ had not applied for, or obtained from the Attorney General or the Secretary of Homeland Security, permission to re-enter the United States legally since OROZCO-LOPEZ had last been deported.

11. Based on my review of OROZCO-LOPEZ's DHS A-File, I determined that his A-File does not contain any record of his ever applying for, or receiving from the Attorney General or the Secretary of Homeland Security, permission to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation, and that if such documentation existed, it would ordinarily be found in OROZCO-LOPEZ's DHS A-File.

//
//
//

## IV. CONCLUSION

12.  For all the reasons described above, there is probable cause to believe that EDGAR VALDEMAR OROZCO-LOPEZ has violated Title 8, United States Code, Sections 1326(a), (b)(1), and (b)(2), Illegal Alien Found in the United States Following Deportation, with Prior Felony and Aggravated Felony Convictions.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this __9__ day of
November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE